UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICK ROSE and MARCIA ROSE,

       Plaintiffs,

v.                              Case No:   2:13-cv-275-FtM-38CM

MIKE SCOTT, WILLIAM DUNASKE,
KEITH DAY and NICK DESTEFANIS,

       Defendants.

_____/

**ORDER[1]**

This matter comes before the Court on the Plaintiffs, Rick and Marcia Rose, and the Defendants, Mike Scott, William Dunaske, Keith Day, and Nick Destefanis' Stipulation of Dismissal (Doc. #32) filed on June 10, 2014.   Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiffs inform the Court that the Parties have settled the case and advises that they voluntarily dismiss all claims against the Defendants with prejudice.  All Parties are to bear their own costs and fees.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Rick and Marcia Rose, and the Defendants, Mike Scott, William Dunaske, Keith Day, and Nick Destefanis' Stipulation of Dismissal (Doc. #32) is **GRANTED**.

(1) The Clerk of the Court is directed to **DISMISS** the case with prejudice, enter judgment accordingly, terminate all pending motions, and close the file.

(2) All Parties are to bear their own costs and fees.

(3) All liens and subrogated interests, if any, shall be satisfied by the Plaintiff out of the proceeds of the settlement.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record